IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GREGORY HASTY,** <br><br> Plaintiff, <br><br> vs. <br><br> **FLAGSHIP FACILITY SERVICES, INC.,** <br><br> Defendant. | Case No.: 1:24-cv-02213 <br><br> Honorable Jorge L. Alonso <br><br> Magistrate Honorable Jeffrey T. Gilbert |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated between Plaintiff Gregory Hasty and Defendant Flagship Facility Services, Inc. that this action is dismissed with prejudice. Each party shall bear his or its own attorneys' fees, costs and expenses.

Dated: April 10, 2025

AGREED TO BY:

| GREGORY HASTY | FLAGSHIP FACILITY SERVICES, INC. |
|---|---|
| */s/ David Bizar* | */s/ David Haase (by permission)* |
| David Bizar | David Haase |
| Andres Pereira | Daniel Y. Kim |
| DJC Law, PLLC | Littler Mendelson, P.C. |
| 1012 West Anderson Lane | 321 North Clark Street, Suite 1100 |
| Austin, Texas 78757 | Chicago, Illinois 60654 |
| (512) 220-1800 | (312) 795-3286 |
| dbizar@teamjustice.com | dhaase@littler,com |
| apereira@teamjustice.com | dkim@littler.com |
| | *Counsel for Defendant* |

Samuel L. Eirinberg
DJC L<small>AW</small>, PLLC
140 S. Dearborn Street, Ste. 1610
Chicago, Illinois 60603
(872) 804-3400
sam@teamjustice.com

*Counsel for Plaintiff*